# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA BENAVIDES AND NOE BENAVIDES f/k/a Maria N. Benavides,<br><br>Plaintiffs,<br><br>v.<br><br>LEGAL RECOVERY LAW OFFICES, INC.; CAPITAL ONE BANK (USA), N.A.; and MARK WALSH,<br><br>Defendants. | Case No. 1:12-CV-00743-SMS<br><br>ORDER DISMISSING CASE PURSUANT TO JOINT MOTION (STIPULATION) OF DISMISSAL WITH PREJUDICE<br><br>(Doc. 17) |

The parties to the above-entitled action having stipulated to dismissal with prejudice and good cause appearing, the Court hereby ORDERS that this action be DISMISSED with prejudice. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **March 2, 2015**          **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE